1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   KATHERINE S. CATLOS, ESQ. [SBN: 184227]
2  KRISTIN K. SATO, ESQ. [SBN: 219445]
   One Sansome Street, Suite 1400
3  San Francisco, CA 94104
   Telephone: 415.362.2580
4  Facsimile: 415.434.0882

5  Attorneys for Defendants Sohrabi & Fletcher Co., Inc.
   dba Burger King, Terry Tong, individually and as Trustee,
6  May Chin Tre Tong, individually and as Trustee

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBERT McCARTHY,                          ) Case No. C 06 0947 EMC
                                               )
12 |         Plaintiff,                        ) STIPULATION EXTENDING TIME TO
                                               ) FILE ANSWER OR OTHERWISE RESPOND
13 | vs.                                       ) TO PLAINTIFF'S COMPLAINT ~~AND~~
                                               ) ORDER
14 | BURGER KING #0981; SOHRABI AND            )
     FLETCHER CO., INC.; BURGER KING           )
15 | CORPORATION; TERRY TONG,                  )
     individually and as Trustee; MAY CHIN TRE )
16 | TONG, individually and as Trustee; and    )
     DOES 1 through 10, inclusive,             )
17 |                                           )
             Defendants.                       )
18 | _____  /

19

20        The parties, by and through their respective attorneys, hereby stipulate and agree that

21 defendants Sohrabi & Fletcher Co., Inc. dba Burger King, Terry Tong, individually and as

22 Trustee,

23 May Chin Tre Tong, individually and as Trustee shall file an answer or otherwise respond to the

24 plaintiff Robert McCarthy's complaint herein on or before April 28, 2006.

25 ///

26 ///

27 ///

28 ///

4812-2271-3856.1

1  / / /

3  There have been no prior requests for an extension herein.

5  Dated: April 18, 2006                    PINNOCK & WAKEFIELD

7                                           By:      /s/
                                                David C. Wakefield
8                                               Theodore A. Pinnock
                                                Michelle L. Wakefield
9                                               Attorneys for Plaintiff
                                                Robert McCarthy

11 Dated: April 17, 2006                   LEWIS BRISBOIS BISGAARD & SMITH LLP

14                                          By:      /s/
                                                Katherine S. Catlos
                                                Kristine K. Sato
15                                              Attorneys for Defendants
                                                Sohrabi & Fletcher Co., Inc.
16                                              dba Burger King, Terry Tong, individually
                                                and as Trustee, May chin Tre Tong,
17                                              individually and as Trustee

18  I hereby attest that I have on file all holograph signatures for any signarures indicated by a
19  "conformed" signature (/s/) within this e-filed document.

20 Dated: April 18, 2006                   LEWIS BRISBOIS BISGAARD & SMITH LLP

22                                          By:      /s/
                                                Katherine S. Catlos
23                                              Kristin K. Sato
                                                Attorneys for Defendants
24                                              Sohrabi & Fletcher Co., Inc.
                                                dba Burger King, Terry Tong, individually
25                                              and as Trustee, May Chin Tre Tong,
                                                individually and as Trustee

26 IT IS SO ORDERED

27 _____
   Edward M. Chen
28 U.S. Magistrate Judge

4812-2271-3856.1                                     -2-