```
 1  DLA PIPER RUDNICK GRAY CARY US LLP
    JEFFREY A. ROSENFELD, Bar No. 136896
 2  YVETTE NEUKIAN, Bar No. 217493
    1999 Avenue of the Stars, Fourth Floor
 3  Los Angeles, CA 90067-6022
    Tel: 310.595.3000
 4  Fax: 310.595.3300

 5  Attorneys for Defendant
    BURGER KING CORPORATION
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MCCARTHY, | CASE NO. C 06 0947 EMC |
|---|---|
| Plaintiff, | *[Assigned to Honorable Edward M. Chen]* |
| v. | **SECOND STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR DEFENDANT BURGER KING CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| BURGER KING #0981; SOHRABI AND FLETCHER CO., INC.; BURGER KING CORPORATION; TERRY TONG, INDIVIDUALLY AND AS TRUSTEE; MAY CHIN TRE TONG, INDIVIDUALLY AND AS TRUSTEE; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendant. | |

~LOSA1:159473.v.1
LOSA1\160802.1
1-21

WHEREAS Defendant Burger King Corporation ("Defendant") has requested an extension of the time within which to respond to Plaintiff Robert McCarthy's ("Plaintiff") Complaint;

WHEREAS Plaintiff, though his counsel David C. Wakefield, has agreed to extend Defendant's time within which to respond to Plaintiff's Complaint by an additional 21 days in addition to the previous extension that was granted, to May 18, 2006.

**NOW THEREFORE,**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant that:

1. Defendant shall have up to and including May 18, 2006 within which to file a response to Plaintiff's Complaint;

2. This Stipulation may be signed in counterparts and taken together shall constitute the executed Stipulation; and

3. A fax signature copy of this Stipulation shall have the same force and effect as an original.

**IT IS SO STIPULATED.**

Dated: April 24, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

                               By _____
                                  YVETTE NEUKIAN
                                  Attorneys for Defendant
                                  BURGER KING CORPORATION


Dated: April ___, 2006         PINNOCK & WAKEFIELD

                               By _____
                                  DAVID C. WAKEFIELD
                                  Attorneys for Plaintiff
                                  ROBERT McCARTHY

1

~LOSA1:159473.v.1
LOSA1\160802.1
1-21

WHEREAS Defendant Burger King Corporation ("Defendant") has requested an extension of the time within which to respond to Plaintiff Robert McCarthy's ("Plaintiff") Complaint;

WHEREAS Plaintiff, though his counsel David C. Wakefield, has agreed to extend Defendant's time within which to respond to Plaintiff's Complaint by an additional 21 days in addition to the previous extension that was granted, to May 18, 2006.

**NOW THEREFORE,**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant that:

1. Defendant shall have up to and including May 18, 2006 within which to file a response to Plaintiff's Complaint;

2. This Stipulation may be signed in counterparts and taken together shall constitute the executed Stipulation; and

3. A fax signature copy of this Stipulation shall have the same force and effect as an original.

**IT IS SO STIPULATED.**

Dated: April ___, 2006        DLA PIPER RUDNICK GRAY CARY US LLP

By _____
YVETTE NEUKIAN
Attorneys for Defendant
BURGER KING CORPORATION

Dated: April 24, 2006         PINNOCK & WAKEFIELD

By /s/ David C. Wakefield
DAVID C. WAKEFIELD
Attorneys for Plaintiff
ROBERT McCARTHY

1

~LOSA1:159473.v.1
LOSA1\160802.1

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, Defendant's time within which to respond to Plaintiff's Complaint is extended to May 18, 2006. Plaintiff shall file a response to Plaintiff's Complaint on or before May 18, 2006.

IT IS SO ORDERED.



_____
United States District Court Judge

2