1  **PINNOCK & WAKEFIELD, A.P.C.**
   David C. Wakefield, Esq.    Bar #: 185736
2  Michelle L. Wakefield, Esq. Bar #: 200424
   3033 Fifth Avenue, Suite 410
3  San Diego, CA  92103
   Telephone: (619) 858-3671
4  Facsimile: (619) 858-3646

5  Attorneys for Plaintiff

6

7             UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 ROBERT MCCARTHY                    Case No.: C 06 0947 EMC

11          Plaintiff,               STIPULATED DISMISSAL AND
                                     DISMISSAL WITH PREJUDICE OF
12     v.                            ALL DEFENDANTS FROM
                                     PLAINTIFF'S COMPLAINT AND
13 BURGER KING #0981; SOHRABI AND    PLAINTIFF'S COMPLAINT IN ITS
   FLETCHER CO., INC.; BURGER KING   ENTIRETY AND ORDER THEREON.
14 CORPORATION; TERRY TONG,
   INDIVIDUALLY AND AS TRUSTEE; MAY   ORDER
15 CHIN TRE TONG, INDIVIDUALLY AND
16 AS TRUSTEE; And DOES 1 THROUGH    [Fed.R.Civ.P. Rule 41(a)(2)]
   10, Inclusive,
17
18          Defendants.

19

20

21

22     IT IS HEREBY STIPULATED by and between **ROBERT MCCARTHY**,

23 Plaintiff, on the one hand, and Defendants **SOHRABI AND FLETCHER**

24 **CO., INC. dba BURGER KING** (also sued within Plaintiff's Complaint

25 as BURGER KING #0981); **TERRY TONG, INDIVIDUALLY AND AS TRUSTEE;**

26 and **MAY CHIN TRE TONG, INDIVIDUALLY AND AS TRUSTEE,** on the other

27 hand, through their respective attorneys of record that, pursuant

28 to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this

                                   1     Case Number: C06-0947 EMC

Document Date: May 1, 2006

```
 1  Court enter a dismissal with prejudice of Defendants BURGER KING
 2  #0981; SOHRABI AND FLETCHER CO., INC.; BURGER KING CORPORATION;
 3  TERRY TONG, INDIVIDUALLY AND AS TRUSTEE; and MAY CHIN TRE TONG,
 4  INDIVIDUALLY AND AS TRUSTEE, from Plaintiff's Complaint, Case
 5  Number C06-0947 EMC. The parties shall each bear their own
 6  respective attorney fees and costs except as otherwise provided
 7  for in any agreement between or among these parties. Finally,
 8  Plaintiff requests that the Complaint be dismissed with prejudice
 9  in its entirety.
10
11  IT IS SO STIPULATED.
12
13  Dated:  5/8   , 2006         PINNOCK & WAKEFIELD, A.P.C.
14
15                         By:        /s/
16                                MICHELLE L. WAKEFIELD, ESQ.
                                  DAVID C. WAKEFIELD, ESQ.
17                                Attorneys for Plaintiff
18  Dated:  5/4   , 2006         LEWIS BRISBOIS BISGAARD & SMITH LLP
19
20                         By:   /s/ Nath. Catlos
21                                Katherine S. Catlos, Esq.
                                  Kristin K. Sato, Esq.
22                                Attorneys for DEFENDANTS SOHRABI
                                  AND FLETCHER CO., INC. dba BURGER
23                                KING; TERRY TONG, INDIVIDUALLY AND
                                  AS TRUSTEE; and MAY CHIN TRE TONG,
24                                INDIVIDUALLY AND AS TRUSTEE,
                                  Inclusive
25
26  ///
27  ///
28  ///
                                     2       Case Number: C06-0947 EMC
Document Date: May 1, 2006
```

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

IT IS HEREBY ORDERED that Defendants **BURGER KING #0981; SOHRABI AND FLETCHER CO., INC.; BURGER KING CORPORATION; TERRY TONG, INDIVIDUALLY AND AS TRUSTEE; and MAY CHIN TRE TONG, INDIVIDUALLY AND AS TRUSTEE**, are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0947 EMC. The parties shall each bear their own respective attorney fees and costs except as otherwise provided for in any agreement between or among these parties. Finally, Plaintiff's Complaint is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: May 9, 2006

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

Document Date: May 1, 2006